**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:26-cr-17 |
| | : | |
| v. | : | |
| | : | Judge Thomas M. Rose |
| KE-SHAWN RIVERS, | : | |
| | : | |
| Defendant. | : | |

---

**ENTRY AND ORDER FINDING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE RIPE FOR REVIEW (DOC. NO. 25)**

---

Before the Court is the status of the above-styled case. On September 7, 2026, Defendant Ke-Shawn Rivers ("Rivers") filed his Motion to Suppress Evidence Seized from 1750 Princeton Drive and Request for *Franks* Hearing (the "Princeton Motion") (Doc. No. 25). The Princeton Motion not only requests a *Franks* hearing but also advances argument in favor of suppressing evidence derived from the execution of a search warrant at the Princeton Address. (*See generally id*.) In addition to his Princeton Motion, Rivers filed his Motion to Suppress Evidence Seized from 217 Westwood Avenue (the "Westwood Motion") (Doc. No. 26). On October 5, 2026, the Government filed its Response, which responds to all three lines of argument then-pending before the Court—the *Franks* hearing request, the Princeton Motion, and the Westwood Motion. (*See generally* Doc. No. 28.) Rivers filed his Reply on October 14, 2026 (Doc. No. 29). By his Reply, Rivers "withdr[ew] his Motion to Suppress regarding 217 Westwood Avenue[,]" and proceeded only on argument in favor of his request for a *Franks* hearing and his Princeton Motion. (*Id*. at PageID 175.)

Finding the *Franks* issue ripe, the Court entered an Order on October 23, 2026, denying

Rivers' request for a *Franks* hearing. (*See generally* Doc. No. 30.) In that Order, the Court made "no ruling on Rivers' [Princeton Motion] suppression arguments and instead limit[ed] its analysis to Rivers' request for a *Franks* hearing." (*Id*. at PageID 184 n. 1.) Thus, with the disposal of the *Franks* issue and Rivers' withdrawal of his Westwood Motion, the only remaining issue currently before the Court is the Parties' suppression arguments as to the Princeton Motion (Doc. No. 25). After conferring with the Parties, the Court agrees that the Princeton Motion is now fully briefed and ripe for review.

Accordingly, the Court hereby **FINDS** Rivers' Princeton Motion (Doc. No. 25) **RIPE** for review.[1] The Court further **DENIES** Rivers' Westwood Motion (Doc. No. 26) as **MOOT** pursuant to Rivers' withdrawal. The Court will issue its ruling on Rivers' suppression arguments in his Princeton Motion (Doc. No. 25) by separate order.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, October 28, 2026.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

[1] The Courts consideration of Rivers' Princeton Motion is limited to his suppression arguments and leaves intact its previous denial of his request for a *Franks* hearing. (*See* Doc. No. 30.)